UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KYLE FRANKS, | ) | 1:09-CV-00176 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE WHY |
| | ) | SANCTIONS SHOULD NOT BE IMPOSED |
| v. | ) | FOR FAILURE TO COMPLY WITH A |
| | ) | COURT ORDER |
| | ) | |
| H. A. RIOS, Warden, | ) | [Docs. #13, 15] |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On February 19, 2009, a Scheduling Order was issued in this case wherein Respondent was directed to file an answer to the petition within sixty (60) days. A second order was also issued directing Respondent to file a completed consent/decline form within thirty (30) days.

As of this date, over sixty (60) days have passed and Respondent has failed to comply with both orders.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1   Accordingly, Respondent is HEREBY ORDERED to, within thirty (30) days of service of
2   this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply
3   with a court order.

5   IT IS SO ORDERED.
6   **Dated: April 30, 2009**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE